| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| 11 | | |
| 12 | GLUCK DEVELOPMENT COMPANY, INC., | Case No.  CV 11-00313 DMG (CWx) |
| 13 | Plaintiff, | Assigned To: Hon. Dolly M. Gee |
| 14 | v. | **ORDER DISMISSING ACTION  [18]** |
| 15 | LANDMARK AMERICAN INSURANCE COMPANY, | |
| 16 | | |
| 17 | Defendant. | |

1 | Based upon the Parties' accompanying Stipulation of Dismissal,
2 | IT IS HEREBY ORDERED that the above-captioned action is dismissed
3 | with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii).

IT IS SO ORDERED.

DATED: December 29, 2011

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE