UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GLUCK DEVELOPMENT COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> LANDMARK AMERICAN INSURANCE COMPANY, <br><br> Defendant. | Case No. CV 11-00313 DMG (CWx) <br><br> Assigned To: Hon. Dolly M. Gee <br><br> **ORDER DISMISSING ACTION [18]** |

1  Based upon the Parties' accompanying Stipulation of Dismissal,
2  IT IS HEREBY ORDERED that the above-captioned action is dismissed
3  with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii).
4
5  IT IS SO ORDERED.
6
7
8  DATED:  December 29, 2011
9                                      DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE